IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NEVILLE LYIMO,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Crim. No. 2:11-cr-00162
JUDGE ALGENON L. MARBLEY
Magistrate Judge King

## ORDER

Petitioner, who was convicted in this Court on ten counts of aiding and assisting in the filing of false income tax returns in violation of 26 U.S.C. § 7206(2), filed a *Petition for Writ of Error Coram Nobis Pursuant to 28 U.S.C. § 1651* (ECF No. 190). On October 11, 2018, the Magistrate Judge recommended that the *Petition for Writ of Error Coram Nobis Pursuant to 28 U.S.C. § 1651* be dismissed. *Report and Recommendation* (ECF No. 194). Although the parties were advised of their right to file objections to the *Report and Recommendation*, and of the consequences of their failure to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 194) is **ADOPTED** and **AFFIRMED**. The *Petition for Writ of Error Coram Nobis Pursuant to 28 U.S.C. § 1651* (ECF No. 190) is hereby **DISMISSED**.

Petitioner has waived his right to file an appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). The Court therefore **DECLINES** to issue a certificate of appealability.

IT IS SO ORDERED.

                                                s/Algenon L. Marbley
                                                ALGENON L. MARBLEY
                                                UNITED STATES DISTRICT COURT